ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Major Crimes

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
FEB 15 2007
at 3 o'clock and 10 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JASON KEEN, Defendant. | CR. NO. CR 07 00088 JMS<br>INDICTMENT<br>[18 U.S.C. §§ 1028(a)(5); 1028A; 1029] |

INDICTMENT

COUNT 1

POSSESSION OF A DOCUMENT-MAKING IMPLEMENT

The Grand Jury charges:

From an exact date unknown, but by on or about December 14, 2005, in the District of Hawaii, the defendant, JASON KEEN, knowingly possessed, in and affecting commerce, a document-making implement, to wit, computer hardware and software, with the

intent that such document-making implement would be used in the production of false identification documents, to wit, Social Security cards issued without proper authority of the United States.

All in violation of Title 18, United States Code, Sections 1028(a)(5), 1028(c)(1).

COUNT 2

POSSESSION OF 15 OR MORE COUNTERFEIT
AND UNAUTHORIZED ACCESS DEVICES

The Grand Jury further charges:

From an exact date unknown, but by on or about December 14, 2005, in the District of Hawaii, the defendant, Jason Keen, knowingly and with intent to defraud, possessed fifteen or more devices which are counterfeit and unauthorized access devices.

All in violation of Title 18, United States Code, Sections 1029(a)(3).

COUNT 3

FRAUDULENT USE OF AN ACCESS DEVICE

The Grand Jury further charges:

From on or about October 21, 2005 to and including November 15, 2005, in the District of Hawaii, the defendant, Jason Keen, knowingly and with intent to defraud, effected transactions with an access device issued to another person, to wit, JP Morgan Chase Bank credit card, Amazon.com card account #XXXX XXXX XXXX 3706, issued to "M.W.," to receive payment and any other thing of value during any one year period the aggregate

value of which is equal to or greater than $1000, said use affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 1029(a)(5).

COUNT 4

AGGRAVATED IDENTITY THEFT

The Grand Jury further charges:

From on or about October 21, 2005 to and including November 15, 2005, in the District of Hawaii, the defendant, Jason Keen, during and in relation to the federal felony offense of fraudulent use of an access device, in violation of Title 18, United States Code, Section 1029(a)(5), as charged in Count 3 of the Indictment, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the identification of "M.W."

All in violation of Title 18, United States Code, Section 1028A.

COUNT 5

FRAUDULENT USE OF AN ACCESS DEVICE

The Grand Jury further charges:

From on or about October 27, 2005 to and including November 13, 2005, in the District of Hawaii, the defendant, Jason Keen, knowingly and with intent to defraud, effected transactions with an access device issued to another person, to wit, Juniper Bank credit card, Apple card account #XXXX XXXX XXXX

8823, issued to "M.W.," to receive payment and any other thing of value during any one year period the aggregate value of which is equal to or greater than $1000, said use affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 1029(a)(5).

COUNT 6

FRAUDULENT USE OF AN ACCESS DEVICE

The Grand Jury further charges:

From on or about November 7, 2005, in the District of Hawaii, the defendant, Jason Keen, knowingly and with intent to defraud, effected transactions with an access device issued to another person, to wit, GE Money Bank credit card, Ritz Camera/GEMB card account #XXXX XXXX XXXX 0670, issued to "M.W.," to receive payment and any other thing of value during any one year period the aggregate value of which is equal to or greater than $1000, said use affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 1029(a)(5).

COUNT 7

FRAUDULENT USE OF AN ACCESS DEVICE

The Grand Jury further charges:

From on or about November 9, 2005 to and including December 28, 2005, in the District of Hawaii, the defendant,

Jason Keen, knowingly and with intent to defraud, effected transactions with an access device issued to another person, to wit, Nation Bank credit card, Macy's card account #XXXX XXXX XXXX 5732, issued to "M.W.," to receive payment and any other thing of value during any one year period the aggregate value of which is equal to or greater than $1000, said use affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 1029(a)(5).

COUNT 8

FRAUDULENT USE OF AN ACCESS DEVICE

The Grand Jury further charges:

From on or about October 27, 2005 to and including October 28, 2005, in the District of Hawaii, the defendant, Jason Keen, knowingly and with intent to defraud, effected transactions with an access device issued to another person, to wit, Nation Bank credit card, Macy's card account #XX XXX XXX 949 0 issued to "M.W.," to receive payment and any other thing of value during any one year period the aggregate value of which is equal to or greater than $1000, said use affecting interstate and foreign commerce.

//

//

//

All in violation of Title 18, United States Code, Section 1029(a)(5).

DATED: February 15, 2007, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
Foreperson, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney

RONALD G. JOHNSON
Chief, Major Crimes

LORETTA SHEEHAN
Assistant U.S. Attorney

USA v. Jason Keen
Cr. No.
Indictment