ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 14 2007

at ___o'clock and ___min.___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON KEEN,<br><br>Defendant. | CR. NO. 07-00088 JMS<br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

LODGED
MAR 09 2007
3:00 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: The Warden of the Red Rock Correctional Center, 1750 East Africa Road, Eloy, Arizona 85231; and to the United States Marshal for the District of Hawaii, or his/her assistant.

G R E E T I N G S

We command that you, the Warden, Red Rock Correctional Center, 1750 East Africa Road, Eloy, Arizona 85231, produce the body of Jason Keen, now in your custody to the United States Marshal, District of Hawaii, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, and further that the United States Marshal upon taking custody of said defendant produce said defendant before the Honorable Leslie E. Kobayashi, United States

Magistrate Judge, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on March 30, 2007 at 10:00 a.m. for the Arraignment and Plea of said defendant, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

Custody of said Jason Keen shall remain with the United States Marshal. The delivery of the body of said Jason Keen by the United States Marshal to the courtroom of the Honorable Leslie E. Kobayashi as aforesaid until termination of the criminal charges now pending against defendant and the return by the United States Marshal of said Jason Keen to the custody of the Red Rock Correctional Center, shall be deemed sufficient compliance with this Writ.

WITNESS the Honorable Leslie E. Kobayashi, Magistrate of the United States District Court for the District of Hawaii.

DATED: MAR 14 2007, at Honolulu, Hawaii.

SUE BEITIA, Clerk
United States District Court
for the District of Hawaii

DEPUTY CLERK

United States v. Jason Keen
Criminal No. 07-00088 JMS
"Writ of Habeas Corpus Ad Prosequendum"