ORIGINAL

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

MAR 19 2007

at 2 o'clock and 20 min P M
SUE BEITIA, CLERK

LODGED

MAR 16 2007
3:22 pm
CLERK, U.S. DISTRICT COURT DISTRICT OF HAWAII

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6100 PJKK, Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JASON KEEN, Defendant. | CR. NO. 07-00088 JMS<br>APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

APPLICATION AND ORDER FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the UNITED STATES OF AMERICA, by the United States Attorney, and represents and shows:

That there is now detained in the Red Rock Correctional Center, 1750 East Africa Road, Eloy, Arizona 85231, in the custody of the Warden thereof, the defendant Jason Keen, in the above-entitled case, which case will be called for Arraignment and Plea on the 30th day of April, 2007, at the hour of 10:00 a.m., and that it is necessary to have said defendant present in the courtroom of the Honorable Barry M. Kurren, United States

Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii; in order to secure the presence of defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Warden to produce said defendant to the United States Marshal in order to procure his presence in said courtroom on said date, and at such other dates as may be necessary until termination of the criminal charges now pending against the defendant.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to said Warden commanding him to have and produce the above-named defendant to the United States Marshal, in order to procure defendant's presence before the Honorable Barry M. Kurren in said courtroom, on said date and time, and from day to day thereafter as may be necessary; the United States Marshal shall retain custody of defendant and at the termination of the criminal charges now pending against defendant return him to the Red Rock Correctional Center, 1750 East Africa Road, Eloy, Arizona 85231.

DATED: March 16, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By Loretta Sheehan
LORETTA SHEEHAN
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# O R D E R

Upon reading and filing the foregoing Application in that behalf;

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as prayed for herein;

DATED: Honolulu, Hawaii, 3/16/07.

[signature]
UNITED STATES MAGISTRATE JUDGE

United States of America v. Jason Keen
Cr. No. 07-00088 JMS
Application and Order for Writ of
Habeas Corpus Ad Prosequendum