# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/30/2007 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR07-00088JMS

CASE NAME: USA v. Jason Keen

ATTYS FOR PLA: Loretta Sheehan

ATTYS FOR DEFT: Alexander Silvert

INTERPRETER:

---

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 4/30/2007 | TIME: | 10:45-10:48am |

---

COURT ACTION: EP: Initial Appearance and A&P to the Indictment - defendant present, in custody.

Defendant sworn to the financial affidavit and request for court appointed attorney is granted. Alexander Silvert and the Office of the Federal Public Defender are appointed as counsel for defendant.

Arraignment waived, plea of Not Guilty Entered

Jury Selection/Trial: 7/3/07, 9:00am, Judge Seabright
Final Pretrial Conference: 6/4/07, 10:00am, Judge Kobayashi
Motions due: 5/21/07
Response due: 6/4/07

Government orally moves to detain defendant. Defendant will concede to detention. Government's oral motion is granted.

Defendant is remanded to the custody of the USMS

Submitted by: Shari Afuso, Courtroom Manager