AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

1287210

District of Hawaii

UNITED STATES OF AMERICA

V.

JASON KEEN

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 07-00088 JMS

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST JASON KEEN and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Counts 1: Possession of a document making implement.
Count 2: possess of counterfeit and unauthorized access devices.
Count 3, 5, 6, 7 & 8: Fraudulent use of an access device.
Count 4: Aggravated identity theft.

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
MAY 15 2007
at 9 o'clock and 15 min. A M
SUE BEITIA, CLERK

U.S. MARSHALS SERVICE HONOLULU, HI.
2007 FEB 16 AM 8:58
RECEIVED

in violation of Title 18 United States Code, Section(s) 1028, 1029.

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| | February 15, 2007 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL By: Kevin S. C. Chang, United States Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at ______________________.

| Date Received 5-14-2007 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 4-22-2007 | Molly Hackimer Postal Inspector | Molly Hackimer |