# MINUTES

CASE NUMBER: CR 07-00088JMS

CASE NAME: USA v. Jason Keen

ATTYS FOR PLA: Loretta A. Sheehan

ATTYS FOR DEFT: Pamela J. Byrne

INTERPRETER:

---

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 05/17/2007 | TIME: | 2:01 - 2:02 |

---

COURT ACTION: EP: [14] Motion to Withdraw as Attorney and for Substitution of Counsel - deft present in custody. Motion GRANTED.

Barry D. Edwards appointed as CJA counsel.
Pamela J. Byrne prepared the order.

Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager