ORIGINAL

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE # 1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269

Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-Mail: fpdhi@hotmail.com

Attorney for Defendant
JASON KEEN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 18 2007
at 2 o'clock and 30 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JASON KEEN, Defendant. | Cr. No. 07-00088 JMS<br><br>ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

ORDER GRANTING MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL

On May 17, 2007, a hearing was held on defense counsel's Motion for Withdrawal and Substitution of Counsel. Loretta A. Sheehan appeared on behalf of the United States and Pamela J. Byrne appeared on behalf of and with

Defendant Jason Keen. The Court having considered the pleading filed by counsel and the government having no objection to the instant motion,

IT IS HEREBY ORDERED THAT the Motion for Withdrawal and Substitution of Counsel, be and is hereby granted and BARRY EDWARDS is hereby appointed as CJA counsel in the instant matter for all proceedings hereafter.

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, May 17, 2007.

BARRY M. KURREN
United States Magistrate Judge
District of Hawaii

APPROVED AS TO FORM ONLY:

Loretta A. Sheehan

LORETTA A. SHEEHAN
Assistant United States Attorney

UNITED STATES v. JASON KEEN
Cr. No. 07-00088 JMS
Order Granting Motion for Withdrawal and Substitution of Counsel