JMS

ORIGINAL

Barry D. Edwards 4509
P.O. Box 6599
Kaneohe, Hawaii 96744
Tele. (808) 239-6976
Fax (808) 239-6977
e-mail: barrydedwards@gmail.com

Attorney for Defendant
JASON KEEN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 30 2007

at 2 o'clock and 45 min. P M
SUE BEITIA, CLERK

LODGED
MAY 29 2007
3:30 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 07-00088 JMS |
| Plaintiff(s), | ) |
| vs. | ) STIPULATION AND ORDER CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| JASON KEEN, | ) |
| Defendant. | ) OLD TRIAL DATE: July 3, 2007 |
| | ) NEW TRIAL DATE: August 7, 2007 |

STIPULATION CONTINUING TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

A. The United States of America and the Defendant, JASON KEEN , through their respective attorneys, hereby agree and stipulate to continue the trial in this case and to exclude the time period from July 3, 2007 and the new trial date from computation under the Speedy Trial Act.

The reason(s) for the continuance is (are):

Barry D. Edwards was just appointed as CJA counsel to represent Mr. Keen on May 17, 2007, and is unable competently to prepare a defense within the time previously set when the Federal Public Defender was counsel of record. The Federal Public Defender withdrew due to a conflict of interest on May 17, 2007. The initial packet of discovery was obtained from the Federal Public Defender on May 17, but has not yet been analyzed given the press of other business and court matters. The government has been consulted and has agreed to this continuance.

B. The parties further agree that the ends of justice served by the continuance outweigh the best interests of the Defendant and the public in a speedy trial, and [check all that apply, but per the statute 2 and 3 cannot both be checked]:

1. The failure to grant such a continuance would be likely

   ___to make a continuation of such proceeding impossible

   ___to result in a miscarriage of justice.

2. The case is so

   ___unusual

   ___complex

due to

   ___the number of defendants

   ___the nature of the prosecution

   ___the existence of novel questions of fact or law

that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

3. The failure to grant the continuance would

___deny the defendant reasonable time to obtain counsel

___unreasonably deny the defendant continuity of counsel

___unreasonably deny the government continuity of counsel

_x__deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

___deny counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. (Other factors considered)___________.

C. The parties further agree that the period of time from to July 3, 2007 and including August 7, 2007, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B).

DATED May 22, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By Loretta Sheehan
LORETTA A. SHEEHAN
Assistant U.S. Attorney

BARRY D. EDWARDS
Attorney for Defendant

ORDER CONTINUING TRIAL AND EXCLUDING SPEEDY TRIAL ACT TIME

The above Stipulation Continuing Trial Date And Excluding Time Under the Speedy Trial Act is hereby approved, and the agreements set forth in paragraphs A, B, and C of the Stipulation are adopted as findings by the court. For the reasons stated, IT IS HEREBY ORDERED:

(1) the jury selection and trial are set for August 7, 2007 at 9:00 a.m.;

(2) the final pretrial conference is set for July 9, 2007 at 10:00 a.m.;

(3) defense motions are due on June 25, 2007, and the government's responses are due on July 9, 2007.

IT IS FURTHER ORDERED that the period of time from July 3, 2007 to and including August 7, 2007, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B).

DATED May 29, 2007, at Honolulu, Hawaii.

J. MICHAEL SEABRIGHT
United States District Judge