# MINUTES

CASE NUMBER: CRIMINAL 07-00088JMS-01

CASE NAME: United States of America vs. Jason Keen

ATTYS FOR PLA: Loretta Sheehan

ATTYS FOR DEFT: Barry Edwards

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Gloria Bediamol |
| DATE: | 07/11/2007 | TIME: | 9:40 - 10:10 |

COURT ACTION: Motion for Withdrawal of Not Guilty Plea and to Plead Anew:

Defendant present in custody with counsel Barry Edwards.

Defendant sworn. Questioned by Court.

Advised of his constitutional rights, provisions of the Sentencing Guidelines.

Court read Counts 3 and 4 of the Indictment to the defendant.

Advised of the maximum and minimum penalties provided by law.

Ms. Sheehan recited the essential provisions of the plea agreement.
Memorandum of Plea Agreement filed.

Ms. Sheehan summarized the government's evidence against the defendant.
The defendant admitted his involvement in this case.

Guilty plea entered to Counts 3 and 4 of the Indictment. Court accepts guilty plea and enters judgment of guilty.

Defendant referred for presentence investigation and report and sentencing set for November 5, 2007 at 3:00 p.m. before the Honorable J. Michael Seabright.

BAIL: Ordered that defendant continue to be detained.

Submitted by: Dottie Miwa, Courtroom Manager